# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | NO. 15-379-2 |
| **DETOINE DAVIS** | |

## O R D E R

**AND NOW**, this 21st day of July, 2020, upon consideration of Defendant's Motion for Modification of Incarceration Status (ECF 104) and the Government's Response thereto (ECF 106), **IT IS ORDERED** that Defendant's motion is **DENIED**.

BY THE COURT:

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**